# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-3799

_____

| | | |
|---|---|---|
| Khalifah Abd-Al Muhaymin Faruq, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | |
| Sgt. Benjamin Little, Siloam Springs | * | |
| Police Department; James Hodges, | * | Appeal from the United States |
| Siloam Springs Police Department; | * | District Court for the |
| Randy Williams, Concorn, Oklahoma | * | Western District of Arkansas. |
| on behalf of Williams Trucking on | * | |
| behalf of A&W Trucking; Norman F. | * | [UNPUBLISHED] |
| Muelleman, Jr., Springdale Police | * | |
| Department; Beth Echols, Deputy | * | |
| Prosecuting Attorney, Benton County, | * | |
| Arkansas; Robert Balfe; Brenda | * | |
| Deshields; Lynette Gahnish; Sandy | * | |
| Lutjen; Robin Green; Brandon Carter; | * | |
| B.R. Austin; Siloam Springs, | * | |
| Arkansas, City of; Siloam Springs | * | |
| Police Department; Sgt. Moss, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: December 29, 2008
Filed: January 8, 2009

_____

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Khalifah Faruq appeals following the district court's[1] dismissal of his 42 U.S.C. § 1983 action, and the denial of his motion for relief from judgment. He has filed a motion for appointment of counsel and a motion to remand the case.

After de novo review, see Moore v. Sims, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam), we conclude that dismissal was proper. We further conclude that the district court did not abuse its discretion in denying Faruq's motion for relief from judgment. See Arnold v. Wood, 238 F.3d 992, 998 (8th Cir. 2001) (standard of review; upholding denial of plaintiff's Fed. R. Civ. P. 60(b) motion where motion largely reasserted contentions made in earlier motions and failed to demonstrate exceptional circumstances warranting post-judgment relief).

Accordingly, we affirm, see 8th Cir. R. 47B, and we deny Faruq's pending motions.

_____

_____

[1]The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas, adopting the report and recommendations of the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas, now retired.